**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERRICA BATTLE,<br><br>            Plaintiff,<br><br>       v.<br><br>WALMART DEPARTMENT STORE, its servants, agents and/or employees, jointly, severally, or in the alternative,<br><br>            Defendants. | Civil Action No.: 20-2959 (CCC)<br><br>**ORDER** |

This matter comes before the Court by way of Defendant Wal-Mart Stores East, L.P.'s, improperly named as "Walmart Department Store," objections ("Objections") (ECF No. 11) to the Report and Recommendation of Chief Magistrate Judge Mark Falk, dated May 4, 2020 (ECF No. 9), and Plaintiff Jerrica Battle's letter in support of the Report and Recommendation (ECF No. 12). For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this 30th day of November, 2020

**ORDERED** that Defendant's Objections to the Report and Recommendation are overruled; and it is further

**ORDERED** that the Report and Recommendation is hereby adopted in full; and it is further

**ORDERED** that Plaintiff's request for attorney's fees and costs is denied; and it is further

1

2

**ORDERED** that this action is remanded, and the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**